

# RAWLE & HENDERSON LLP

MARISSA BOSEK
551-354-7052
mbosek@rawle.com

The Nation's Oldest Law Office · *Established in 1783*

www.rawle.com

3 UNIVERSITY PLAZA
SUITE 500
HACKENSACK, NJ 07601

TELEPHONE:(973) 643-1400
FACSIMILE:(973) 643-1900

November 26, 2024

<u>Via ECF</u>
The Honorable Judge Namoi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re: Jerry Dwayne Grina-Boyd v. 233 West
        Corp. d/b/a Rebar
        Civil Action No: 22-cv-10363**

Dear Judge Buchwald:

  This law firm represents the Defendants, 233 West Corp. d/b/a Rebar, in the above-referenced matter.

  On September 27, 2024, Your Honor granted a discovery extension until November 29, 2024 at the request of Plaintiff.

  In our last request, we explained that we had not obtained all of Plaintiff's additional medical records. We have received the medical records, but are awaiting review from our medical expert, Eial Faierman, MD to provide an addendum.

  Defendants respectfully request an extension of time for the completion of discovery until January 3, 2025. The parties respectfully request an extension of time to file our pre-motion letter until February 3, 2025.

Application granted.  **So ordered.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: November 27, 2024
  New York, New York

Very truly yours,
RAWLE & HENDERSON LLP

By: *[signature: Marissa Bosek]*
  Marissa Bosek

MB/